IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LEROY CRAWFORD                                                          PLAINTIFF

          v.                       Civil No. 06-2003

SGT. TERRY REA;
NURSE CHARLES WALLS;
AND LT. CUPP                                                  DEFENDANTS

## **ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **May 5, 2006**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 10th day of February 2006.

                                                             /s/ Beverly Stites Jones
                                                             UNITED STATES MAGISTRATE JUDGE