```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

LEROY CRAWFORD                                              PLAINTIFF

    v.                     No. 06-2003

SGT. TERRY REA;
NURSE CHARLES WALLS and
LT. CUPP                                                    DEFENDANTS

## **ORDER**

Now on this 26th day of March 2007, there comes on for consideration the report and recommendation filed herein on March 1, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 30). No written objections to the report and recommendation were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' motion for summary judgment (Doc. 21) is DENIED.

IT IS SO ORDERED.

                                              /s/ Robert T. Dawson
                                              Honorable Robert T. Dawson
                                              United States District Judge

**AO72A**
**(Rev. 8/82)**